IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                              3:98CV00298

MARCIA WALKER                                                    DEFENDANT

## ORDER

Pending is Plaintiff's motion for order to show cause, docket # 11. Plaintiff has now filed a motion to dismiss the pending motion, docket # 13. Accordingly, docket # 13 is granted, docket # 11 is denied as moot.

IT IS SO ORDERED this 5th day of January, 2006.

_____
James M. Moody
United States District Judge